**RCO Legal, P.S.**
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Jennifer L. Aspaas, WSBA# 26303
Phone: 425-586-1927
Fax: 425-283-5927
jaspaas@rcolegal.com

Honorable Judge Marc Barreca
Hearing Location: Marysville, Courtroom 1
Hearing Date: October 14, 2015
Hearing Time: 10:00 a.m.
Response Date: October 7, 2015

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>DANELLE KING, FKA DANELLE HAINES AND<br>BRANDI N KING, AKA BEAU KING, FKA BRANDI NICOLE WOOD<br><br>Debtors. | **CHAPTER 7 BANKRUPTCY**<br><br>**NO.: 15-14531-MLB**<br><br>**MOTION FOR RELIEF FROM STAY OR IN THE ALTERNATIVE FOR ADEQUATE PROTECTION BY AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANCIAL** |

Americredit Financial Services, Inc. dba GM Financial ("Creditor") moves the Court for an order terminating the automatic stay pursuant to 11 U.S.C. Section 362(d) to permit it to take any and all actions necessary to sell the following described personal property and apply the proceeds to Creditor debt: 2014 Chevrolet Cruze VIN: 1G1PA5SGXE7239260. Creditor also moves the Court that enforcement of this order not be stayed for fourteen (14) days pursuant to F.R.B.P 4001(a)(3).

The Debtors purchased a 2014 Chevrolet Cruze VIN: 1G1PA5SGXE7239260 (the "Vehicle"), under the Retail Installment Sale Contract dated January 8, 2014 attached as Exhibit A to the declaration on file with the court.

Creditor has a valid and perfected security interest in the Vehicle as shown on Exhibit B to the declaration on file with the court.

Motion For Relief From Stay
Page - 1

**RCO LEGAL, P.S.**
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ⬥ FACSIMILE (425) 458-2131

Case 15-14531-MLB    Doc 11    Filed 09/10/15    Ent. 09/10/15 14:08:46    Pg. 1 of 2

Debtors' monthly payments under the attached contract are $453.53.  The contract is past due for May 22, 2015 and all subsequent payments.  The total amount past due under the contract is $1,814.12 as of September 4, 2015.

Debtor's filed Statement of Intention indicates intent to surrender.

It is not known what, if any, equity there is in the Vehicle since Creditor has not had the opportunity to inspect the Vehicle and does not have information on the Vehicle's condition.  However, the outstanding balance due to Creditor is $21,425.53 as of September 4, 2015.

Creditor moves for relief based on the grounds that (1) the Debtors are delinquent on Retail Installment Contract payments; (2) the interest of Creditor in the Vehicle is not adequately protected and (3) it is not necessary for an effective reorganization.

THEREFORE, Creditor requests this Court enter an order terminating the automatic stay so that Creditor may be allowed to take any and all actions necessary to sell the Vehicle and apply the proceeds to the balance owing to Creditor.


DATED this 10th day of September, 2015.

**RCO LEGAL, P.S.**


/s/ Jennifer L Aspaas
Jennifer L. Aspaas, WSBA# 26303
Attorney for Creditor

Motion For Relief From Stay
Page - 2

**RCO LEGAL, P.S.**
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ⬥ FACSIMILE (425) 458-2131

Case 15-14531-MLB    Doc 11    Filed 09/10/15    Ent. 09/10/15 14:08:46    Pg. 2 of 2